THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN ROSADO, Appellant.—

Christ, P. J., Rabin, Munder, Kleinfeld and Benjamin, JJ., concur.